**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BROWN, <br><br> Plaintiff, <br><br> v. <br><br> COMMAND INVESTIGATIONS LLC, <br><br> Defendant. | Case No. EDCV 18-00091-JLS(SHKx) <br><br> ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On October 19, 2018, Plaintiff filed a Notice of Settlement (doc. 32) indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

The parties shall file a notice of dismissal no later than December 18, 2018. If no dismissal is filed, the Court deems the matter dismissed at that time.

/ / /

/ / /

/ / /

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: October 19, 2018

                                            **JOSEPHINE L. STATON**
                                            JOSEPHINE L. STATON
                                            United States District Judge