# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BROWN,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMAND INVESTIGATIONS LLC, et al and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.: 5:18-cv-00091-JLS-SHK<br><br>*Assigned to Judge Josephine L. Staton*<br><br>**ORDER**<br><br>Complaint Filed:      Nov. 16, 2017 |

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff JENNIFER BROWN and Defendants COMMAND INVESTIGATIONS LLC through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Jennifer Brown v. Command Investigations LLC filed in the United States District Court for the Central District of California, bearing Case Number 5:18-cv-00091-JLS-SHK is hereby dismissed with prejudice in its entirety.

DATED:  December 21, 2018

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
United States District Court Judge